# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| KOREY PARKER, | ) |
| Movant, | ) |
| v. | ) No. 4:09CV1053 CDP |
| UNITED STATES OF AMERICA, | ) |
| Respondent. | ) |

## ORDER

This matter is before the Court upon its own motion. Movant has submitted a motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255. However, movant did not utilize the standard form when he drafted the motion. And the manner in which the motion was drafted makes it difficult to review. Rule 2(c) of the Rules Governing § 2255 Proceedings requires that prisoners follow the standard form when drafting § 2255 motions. As a result, the Court will order movant to submit an amended motion utilizing the standard form.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk shall mail to movant a copy of the Court's form Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence.

**IT IS FURTHER ORDERED** that movant shall file an amended § 2255 motion utilizing the standard form within thirty (30) days of the date of this Order.

**IT IS FURTHER ORDERED** that if movant fails to comply with this Order, the Court may dismiss this action without prejudice.

Dated this 8th day of July, 2009.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE